IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GLEN PETERSON,

                                                                 MEMORANDUM

            Plaintiff,

                                                                    07-C-103-C

    and

LIBERTY MUTUAL INSURANCE COMPANY,

           Involuntary Plaintiff,

    v.

GREAT DANE LIMITED PARTNERSHIP
d/b/a GREAT DANE TRAILERS and
ABC INSURANCE COMPANY,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to an order entered herein on October 15, 2007, defendant Great Dane Limited Partnership has supplied competent evidence establishing to a reasonable probability that the citizenship of the parties is completely diverse and that the amount in controversy exceeds $75,000.  Therefore, I am satisfied that this court has jurisdiction to hear this case under the diversity statute, 28 U.S.C. § 1332.  The action will proceed as outlined in the

1

magistrate judge's March 21, 2007 preliminary pretrial conference order.

Entered this 31st day of October, 2007.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge