UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

GLEN PETERSON,

      Plaintiff,

and

LIBERTY MUTUAL INSURANCE
COMPANY,

      Involuntary Plaintiff       Case No. 07-C-103-C

vs.

GREAT DANE LIMITED PARTNERSHIP
d/b/a GREAT DANE TRAILERS AND
ABC INSURANCE COMPANY,

      Defendants.

## THIRD PARTY PROCEEDS DISTRIBUTION AGREEMENT

**Submitted By**
Patrick A. Callahan
Attorney for Liberty Mutual Insurance
Company and United Parcel Service

**Mailing Address** (number, street, city, state, zip code)
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

Great Dane Limited Partnership, third party, and the above parties have agreed to settle the liability of the tort-feasor for injury sustained on March 26, 2004 and re-injury on May 11, 2005.

The proceeds will be distributed, as follows:

| | | |
|---|---|---|
| 1. | $95,000.00 | total amount of third party settlement |
| 2. | $34,746.66 | to employee's attorney as cost of collection (fee & costs) |
| 3. | $30,126.66 | to employee |
| 4. | $30,126.66 | to worker's compensation insurance carrier or self-insured employer as reimbursement for payment of |
| | $49,433.08 | in compensation, and |
| | $37,365.66 | in medical expense |

WKC-170 (R. 072001)
WHD\5568763.1

Copy of this document has been provided to: _Atty_
_Callahan_
this _30_ day of _Jan_ 20 _08_
by _[signature]_
S. Vogel, Secretary to
Judge Barbara B. Crabb

5. $10,044.24  shall constitute a cushion or credit against any additional claim under worker's compensation per insurance carrier's agreement to reduce its lien under Wis. Stat. 102.29(1) from $40,170.90, to which the insurance carrier would have been otherwise entitled, to $30, 126.66.

| | |
|---|---|
| 1-29-08 | /s/ Patrick A. Callahan |
| Date Signed | Patrick A. Callahan, Esq. |
| | Whyte Hirschboeck Dudek S.C. |
| 1-29-08 | /s/ Eric Haag |
| Date Signed | Eric Haag, Esq. |
| | Gingras, Cates, & Luebke, S.C. |
| Jan. 30, 2008 | /s/ Barbara B. Crabb |
| Date Signed | Honorable Barbara B. Crabb |
| | District Court Judge |

2

WHD\5568763.1