UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLEN PETERSON,

    Plaintiff,

LIBERTY MUTUAL INSURANCE COMPANY,

    Involuntary Plaintiff,

v.                                                          Case No. 07-C-103-C

GREAT DANE LIMITED PARTNERSHIP
d/b/a GREAT DANE TRAILERS and
ABC INSURANCE COMPANY,

    Defendants.

---

## ORDER

Based upon the Petition of the plaintiff for Settlement Approval, after due consideration, the Court approves a distribution of settlement proceeds as set forth in the Petition:

| | | |
|---|---|---|
| Glen Peterson: | $4,620.00 | Out of Pocket Costs to GCL |
| | $30,126.66 | Attorneys fees to Gingras, Cates & Luebke, S.C. |
| | $30,126.66 | Reimbursement to Liberty Mutual Ins. Co. |
| | $30,126.66 | Proceeds to client, Glen Peterson |
| Nina Peterson: | $5,000 | Attorneys' fees to Gingras, Cates & Luebke, S.C |
| | $10,000 | Proceeds to client, Nina Peterson |

Payment to be made by defendants within 14 days of the date of this Order.

This case is hereby dismissed with prejudice and without costs to any party.

*Barbara B. Crabb*
The Honorable Barbara B. Crabb

January 30, 2008

Copy of this document has been provided to: Atty Gallagher
this ___ day of Jan 2008
by: _____
S. Vogel, Secretary to
Judge Barbara B. Crabb